THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Donald Evan
 Williams, Appellant.
 
 
 

Appeal From Richland County
John L. Breeden, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-383
 Submitted July 1, 2008  Filed July 14,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Donald Evan Williams pled guilty to petit larceny and
 burglary and received sentences of time served and five years, respectively. 
 He appeals his guilty plea, arguing there was not sufficient factual basis for
 the trial court to accept the plea.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Williams
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.